Joseph H. Harrington
United States Attorney
Eastern District of Washington
*Vanessa R. Waldref*
Assistant United States Attorneys
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| OSCAR RUIZ SIFUENTES,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 1:18-cv-03106-TOR<br><br>JOINT STIPULATED ORDER REGARDING PRESERVATION OF PRIVILEGE CLAIMS |

The parties agree that the Court may and should adopt the below stipulated Order as an order of the Court pursuant to Rule 16(b)(3)(B)(iv) of the Federal Rules of Civil Procedure and that it may be enforceable as any other order of the Court.

1. The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

2. Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

JOINT STIPULATED ORDER - 1

RESPECTFULLY SUBMITTED: October 15, 2018.

**AGREED TO:**

| | |
|---|---|
| Joseph H. Harrington<br>United States Attorney | Law Offices of Mariano Morales |
| *s/Vanessa R. Waldref*<br>Vanessa R. Waldref<br>Assistant United States Attorneys<br>usawae.VWaldrefECF@usdoj.gov | *s/James Boyer*<br>James Boyer<br>Morales Law Office<br>1410 North 16th Ave<br>Yakima, WA 98902<br>james@mmoraleslawoffice.com |

**SO ORDERED:**

DATED this __7th__ day of __November__, 2018.

_____
THE HONORABLE THOMAS O. RICE
CHIEF UNITED STATES DISTRICT JUDGE

JOINT STIPULATED ORDER - 2

## *CERTIFICATE OF SERVICE*

I hereby certify that on October 15, 2018, I caused to be delivered via the method listed below the document to which this Certificate of Service is attached (plus any exhibits and/or attachments) to the following:

| NAME & ADDRESS | Method of Delivery |
| --- | --- |
| James Boyer<br>Morales Law Office<br>1410 North 16th Ave<br>Yakima, WA 98902<br>james@mmoraleslawoffice.com | ☒CM/ECF System<br>☐Electronic Mail<br>☐U.S. Mail<br>☐Other: _____ |

*s/Vanessa Waldref*
Assistant United States Attorney

JOINT STIPULATED ORDER - 3