# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| OSCAR RUIZ SIFUENTES,<br><br>                Plaintiff,<br><br>v.<br><br>UNITED STATES of AMERICA,<br><br>                Defendants. | NO: 1:18-CV-3106-TOR<br><br>ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulation and Motion for Order of Dismissal (ECF No. 17). The stipulation is filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and provides that each party will bear its own fees, costs, and expenses. The Court has reviewed the record and files herein, and is fully informed.

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action without a court order by filing a stipulation signed by all parties who have appeared.

//

ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice, each party shall bear its own fees, costs, and expenses.

The District Court Executive is directed to enter this Order and Judgment accordingly, furnish copies to counsel, and **CLOSE** the file.

**DATED** January 6, 2020.



THOMAS O. RICE
Chief United States District Judge

ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE ~ 2